■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEXTER BENJAMIN, Appellant. [805 NYS2d 291]—Appeal by the defendant from a judgment of the Supreme Court, Richmond County (Rooney, J.), rendered December 15, 2003, convicting him of criminal possession of a weapon in the third degree, after a nonjury trial, and imposing sentence. The appeal brings up for review the denial, after a hearing (Giacobbe, J.), of that branch of the defendant's omnibus motion which was to suppress physical evidence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see People v Contes*, 60 NY2d 620 [1983]), we find that it was legally sufficient to establish, beyond a reasonable doubt, that the defendant possessed an operable weapon (*see People v Cavines*, 70 NY2d 882 [1987]; *People v Harris*, 305 AD2d 614 [2003]; *People v Konikov*, 297 AD2d 824 [2002]; *People v Lugo*, 161 AD2d 122 [1990]). Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see* CPL 470.15 [5]).

The defendant's remaining contention is without merit (*see People v Mitchell*, 39 NY2d 173 [1976]). H. Miller, J.P., Goldstein, Luciano and Covello, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH BERRY, Appellant. [805 NYS2d 291]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated September 27, 2004 (*People v Berry*, 10 AD3d 729 [2004]), affirming a judgment of the Supreme Court, Queens County, rendered October 25, 2000.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Cozier, J.P., Ritter, Luciano and Rivera, JJ., concur.